|  |  |  |
|---|---|---|
| PHYLLIS HAMPTON, on behalf of herself and all others similarly situated, | ) ) ) | **United States District Court Northern District of Illinois** |
|  | ) |  |
| Plaintiffs, | ) | Case No.: 1:25-cv-15757 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Cratejoy, Inc., | ) | **NOTICE OF SETTLEMENT** |
|  | ) |  |
| Defendant. | ) ) | |
|  | ) | |

PLEASE TAKE NOTICE, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: April 21, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
D: 718-554-0237
Email: Dreyes@ealg.law